UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARY COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:15CV00098ACL |
| vs. | ) |
| | ) |
| SAINT FRANCIS MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 13, 2017, the parties filed a Stipulation for Dismissal (Doc. 68), in which they stipulate to the dismissal, with prejudice, of all claims asserted in Plaintiff's Complaint, with each party to bear its own costs and attorney's fees.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**. Each party shall bear its own costs and attorney's fees.

Dated this 15th day of March, 2017.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE